**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| HOLLY LONGLEY, | |
| Plaintiff, | Case No. 1:24-cv-9320 |
| v. | Judge Lindsay C. Jenkins |
| ABBOTT LABORATORIES and KIMBERLY BISSING, | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## <u>JOINT MOTION FOR STAY OF LITIGATION</u>

Defendants, Abbott Laboratories and Kimberly Bissing, by and through their attorneys, and Plaintiff, Holly Longley, by and through her attorneys, jointly request that this Court stay all pending deadlines or dates in light of the parties' agreement to engage in private mediation. The parties respectfully request that the Court stay all pending deadlines or dates, including the closing of expert discovery and dispositive motion briefing schedule, to be reset if the parties are unable to resolve the case via mediation. In support of this Motion, the parties state as follows:

1.     The parties have engaged in preliminary discussions regarding the prospect of resolving this matter through private mediation, including vetting potential mediators and soliciting their availability for a mediation.

2.     The parties are currently engaging in expert discovery, which is set to close on May 1, 2026.  (ECF No. 62.) They have made progress on that front, timely exchanging expert reports and disclosures and beginning to prepare for expert depositions.

325312372v.2

2

3.      In order to focus all of their time and resources on potentially resolving this matter, and to avoid the costs of additional expert discovery, the parties respectfully request that this Court stay all pending deadlines or dates.

4.      In the event that the parties are unable to reach an agreement, and in the interest of a just and speedy determination of this matter, the parties propose that they be permitted to request a new deadline for the close of expert discovery and a proposed dispositive motion briefing schedule. Such date will be within a short period after submitting the joint status report informing the Court that settlement efforts before the mediator have failed.

For the foregoing reasons, the parties respectfully request that this Court stay all pending deadlines or dates, including the close of expert discovery and filing of a dispositive motion schedule. In the event that the parties are unable to reach an agreement through mediation, the parties will promptly report that to the Court and propose a new deadline for the close of fact discovery and a proposed dispositive motion briefing schedule.

**DATED: April 17, 2026**

Respectfully submitted,                          Respectfully submitted,

By: */s/ Taylor C. Iaculla*_____          By: */s/ Tad Weber Arnold (with consent)*_____

Taylor C. Iaculla                                Tad Weber Arnold
tiaculla@seyfarth.com                            web@goldmanehrlich.com
Brandon L. Dixon                                 Jonathan C. Goldman
bdixon@seyfarth.com                              jon@goldmanehrlich.com
Seyfarth Shaw LLP                                Law Offices of Goldman & Ehrlich, Chtd.
233 South Wacker Drive, Suite 8000               53 W. Jackson Blvd., Suite 815
Chicago, IL 60606                                Chicago, Illinois 60604
Telephone: (312) 460-5000                        Telephone: (312) 332-6733
Facsimile: (312) 460-7000

Counsel for Defendants                           Counsel for Plaintiff

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF filing system on April 17, 2026.

*/s/ Taylor C. Iaculla*
Taylor C. Iaculla

3

325312372v.2