## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Holly Longley

      Plaintiff,

v.

          Case No.: 1:24–cv–09320
          Honorable Lindsay C. Jenkins

Abbott Laboratories, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

   MINUTE entry before the Honorable Lindsay C. Jenkins: The parties wish to pursue mediation so the motion to stay certain deadlines [63] is granted. The May 1, 2026 close of expert discovery deadline is stricken. By July 20, 2026 the parties are to file a joint report that updates the court on the status of their mediation. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.